## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY T. PRESTON<br><br>Defendant. | 9:24-PO-05087-KLD<br>VIOLATION: F5514482<br><br>Location Code: M18<br><br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $140.00, the $10.00 special assessment and the $30.00 processing fee, totaling $180.00, for violation number F5514482.  Payment shall be made by November 22, 2024.

Payment should be made online at www.cvb.uscourts.gov or mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check should be made out to the U.S. Courts - CVB.

///

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for October 25, 2024, is VACATED.

DATED this 23rd day of October, 2024.

Kathleen L. DeSoto
United States Magistrate Judge